■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID READE, Appellant.— Appeal by defendant from a judgment of the Supreme Court, Richmond County, rendered February 21, 1964 after a jury trial, convicting him of arson in the first degree, and imposing sentence. Part of the People's proof consisted of a confession, oral and written, obtained prior to arraign-

ment. The issue of the voluntariness of the confession was submitted by the trial court to the jury for determination together with other issues. In the light of the decisions in *Jackson* v. *Denno* (378 U. S. 368) and in *People* v. *Huntley* (15 N Y 2d 72), this action is remitted to the trial court for further proceedings in accordance with *People* v. *Huntley* (*supra*). The procedure prescribed in *People* v. *Korda* (24 A D 2d 577) should be followed. In the interim, the pending appeal will be held in abeyance. Christ, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.